# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 11, 2010

No. 09-50934
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SALVADOR VIRAMONTES-RODRIGUEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:09-CR-1891-1

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM:*

Salvador Viramontes-Rodriguez (Viramontes) pleaded guilty to illegal reentry into the United States following deportation. *See* 8 U.S.C. § 1326(a). Viramontes maintains that his 30-month sentence, which was below the properly calculated guidelines range, is substantively unreasonable.

Viramontes's assertion that his sentence is unreasonable is conclusory and unsupported by legal analysis. An appellate court is not required to search the record to find the legal basis for an issue. *United States. v. Brace*, 145 F.3d 247,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

255 (5th Cir. 1998) (en banc). Because Viramontes is represented by counsel on appeal, his brief is not entitled to liberal construction. *See Beasley v. McCotter*, 798 F.2d 116, 118 (5th Cir. 1986). Issues must be briefed to be preserved. FED. R. APP. P. 28(a)(9). Consequently, given that Viramontes's only issue for appeal has not been preserved, we do not consider it. Moreover, nothing in the briefs or the record gives us any reason to believe that the below guideline sentence is unreasonable.

AFFIRMED.